IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-CV-1905-JLK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

WESTMINSTER WISHBONE, INC., d/b/a
WISHBONE FAMILY RESTAURANT,
a Colorado corporation,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming before the Court on the joint stipulation of the parties pursuant to Fed.R.Civ.P.41(a)(1)(ii),

THE COURT FINDS that Defendant has complied with this Court's Consent Decree of June 13, 2000.

IT IS THEREFORE ORDERED that the within case is hereby dismissed with prejudice, each party to bear its own costs and expenses, including attorney fees.

Dated: August 7, 2005

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE